1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANET BERRY** | Case No. CIV 09-1741 GGH |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from January 9, 2010, to April 13, 2010. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: February 9, 2010 | | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | | Attorney for Plaintiff |
| Dated: February 9, 2010 | | Benjamin G. Wagner |
| | | United States Attorney |
| | | */s/ Timothy Bolin* <br> TIMOTHY BOLIN <br> Special Assistant U.S. Attorney <br> Social Security Administration |
| | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 10, 2010      /s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

berry.eot