BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANET BERRY** | Case No. CIV 09-1741 GGH |
| **Plaintiff,** | ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

It was stipulated by and between the parties, through their attorneys, that Plaintiff's time to file the summary judgment in this case is hereby extended from April 13, 2010, to June 17, 2010. This extension was sought due to Plaintiff's counsel's impacted briefing schedule.

The court observes that this counsel requests continuances in most, if not all, of her cases. Constantly granting continuances severely impacts the court's ability to timely adjudicate cases within the parameters of the Civil Justice Reform Act. For Social Security cases, the time to adjudicate commences with the filing of the administrative transcript. Although the requested extension will be granted in this case, henceforth, the court will closely scrutinize further requests for extensions of time in this case and other cases.

APPROVED AND SO ORDERED.

DATED: April 26, 2010          /s/ Gregory G. Hollows

                               _____
                               GREGORY G. HOLLOWS
                               U.S. MAGISTRATE JUDGE

berry.eot2